NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265/ Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE BUSINESS KNOWN AS TAXS & MORE LOCATED AT 2610 EAST LAKE MEAD BLVD, SUITE C, NORTH LAS VEGAS, NEVADA, 89030 | Magistrate No. 2:18-mj-740-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE RESIDENCE OF MARIA MAGDALENA MENDOZA LOCATED AT 3706 LAKE VICTORIA DRIVE, NORTH LAS VEGAS, NEVADA 89032 | Magistrate No. 2:18-mj-741-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the above-captioned cases and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00212-GMN-BNW.

DATED this 14th day of September, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

/s/ Simon F. Kung
SIMON F. KUNG
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE BUSINESS KNOWN AS TAXS & MORE LOCATED AT 2610 EAST LAKE MEAD BLVD, SUITE C, NORTH LAS VEGAS, NEVADA, 89030 | Magistrate No. 2:18-mj-740-VCF<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE RESIDENCE OF MARIA MAGDALENA MENDOZA LOCATED AT 3706 LAKE VICTORIA DRIVE, NORTH LAS VEGAS, NEVADA 89032 | Magistrate No. 2:18-mj-741-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 16th day of September, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2